## Junger, James

**From:** Kent, Jennifer
**Sent:** Wednesday, May 8, 2024 2:28 PM
**To:** '340B_JJHCS'
**Cc:** Paluzzi, Lauren [JJCUS]; Nelson, Ken [HCSUS]; Gimpel-Blanchard, Andrea
**Subject:** RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

Wednesday May 15th between 2:00-3:30PM EST?

---

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Wednesday, May 8, 2024 1:36 PM
**To:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Gimpel-Blanchard, Andrea <Andrea.Gimpel-Blanchard@MaineGeneral.org>
**Subject:** <EXTERNAL> RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

**CAUTION EXTERNAL EMAIL:** THIS EMAIL DID NOT COME FROM MAINEGENERAL. DO NOT CLICK ON ANY LINKS OR OPEN ANY ATTACHMENTS UNLESS YOU KNOW THE CONTENT IS SAFE. REPORT ALL SUSPICIOUS EMAILS USING THE PHISH ALERT BUTTON.

Thank you for your reply. We appreciate all you are doing to get our meeting scheduled. When you have some options, please send to our team so we can find a slot that will work with our availability as well.

Thank you,

**340B J&J Health Care Systems Team**

---

**From:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Sent:** Wednesday, May 8, 2024 12:50 PM
**To:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>; Gimpel-Blanchard, Andrea <Andrea.Gimpel-Blanchard@MaineGeneral.org>
**Subject:** [EXTERNAL] RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

Yes, I've been trying to organize something with all the different schedules. I'll send an invite soon.

---

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Wednesday, May 8, 2024 10:35 AM
**To:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>; Gimpel-Blanchard, Andrea <Andrea.Gimpel-Blanchard@MaineGeneral.org>
**Subject:** <EXTERNAL> RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

**CAUTION EXTERNAL EMAIL:** THIS EMAIL DID NOT COME FROM MAINEGENERAL. DO NOT CLICK ON ANY LINKS OR OPEN ANY ATTACHMENTS UNLESS YOU KNOW THE CONTENT IS SAFE. REPORT ALL SUSPICIOUS EMAILS USING THE PHISH ALERT BUTTON.

Good morning,

Thanks for your initial responses, we are reaching out again as a follow up to schedule a good faith discussion about concerns we have in your 340B utilization. Please let us know when you can schedule over the next 2 weeks.

Look forward to your partnership.

Thank you,

**340B J&J Health Care Systems Team**

---

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Thursday, May 2, 2024 8:09 PM
**To:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>; Gimpel-Blanchard, Andrea <Andrea.Gimpel-Blanchard@MaineGeneral.org>
**Subject:** RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

Good evening,

We appreciate your response and your commitment to working with us. Please provide us with your availability and we can schedule a meeting.

Thank you for your engagement and we look forward to discussing this further with you.

Thank you,

**340B J&J Health Care Systems Team**

---

**From:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Sent:** Thursday, May 2, 2024 2:22 PM
**To:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>; Gimpel-Blanchard, Andrea <Andrea.Gimpel-Blanchard@MaineGeneral.org>
**Subject:** [EXTERNAL] RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

Good afternoon, I apologize for taking so long to get back to you, I have been indisposed.

MaineGeneral is committed to working with Johnson & Johnson, in good faith, regarding questions you may have. As a non-profit rural health system with both an acute care hospital and cancer center, participation in the 340B program is very important to MaineGeneral.

MaineGeneral does NOT have an inhouse (a retail pharmacy owned by the covered entity) pharmacy at this time.

MaineGeneral has one designated contract pharmacy, and those claims are uploaded in 340B ESP as required for that pharmacy.

MaineGeneral's goal is to provide excellent healthcare to the residents of Maine, so there has been program expansion and/or growth in several clinical areas which has driven increased utilization outside of the designated contract pharmacy.

Thank you so much.

*Jennifer Kent*
340B Program Supervisor
MaineGeneral Medical Center
207-248-5160
Jennifer.kent@mainegeneral.org

---

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Monday, April 22, 2024 2:36 PM
**To:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** <EXTERNAL> RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

**CAUTION EXTERNAL EMAIL:** THIS EMAIL DID NOT COME FROM MAINEGENERAL. DO NOT CLICK ON ANY LINKS OR OPEN ANY ATTACHMENTS UNLESS YOU KNOW THE CONTENT IS SAFE. REPORT ALL SUSPICIOUS EMAILS USING THE PHISH ALERT BUTTON.

Good afternoon,

Thank you for your response and question. In general, we are looking to better understand the reasons for the growth in your 340B program utilization. We will be asking questions about any changes in your organization's structure or policies to see if that is the basis for the growth we are seeing, or whether there are other reasons why utilization is trending as it has been.

We do appreciate your engagement and look forward to speaking with you.

Thank you,

**340B J&J Health Care Systems Team**

---

**From:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Sent:** Monday, April 22, 2024 1:00 PM
**To:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** [EXTERNAL] RE: Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

I've already given information to 340B ESP. Happy to reach out to our leadership regarding scheduling a call but they would like a more detail as to what the concerns are?

*Jennifer Kent*
340B Program Supervisor
MaineGeneral Medical Center
Alfond Center for Health
207-248-5160

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Monday, April 22, 2024 11:35 AM
**To:** Kent, Jennifer <jennifer.kent@mainegeneral.org>
**Cc:** Patrie, Denise <Denise.Patrie@mainegeneral.org>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** <EXTERNAL> Meeting Request: J&J and MaineGeneral (DSH200039) 340B Program Discussion

**CAUTION EXTERNAL EMAIL:** THIS EMAIL DID NOT COME FROM MAINEGENERAL. DO NOT CLICK ON ANY LINKS OR OPEN ANY ATTACHMENTS UNLESS YOU KNOW THE CONTENT IS SAFE. REPORT ALL SUSPICIOUS EMAILS USING THE PHISH ALERT BUTTON.

Good morning,

We are reaching out to request time to discuss your Covered Entity's 340B program. Specifically, we would like to discuss and ask questions regarding your entity's 340B utilization.

We look forward to a productive discussion. Please provide the appropriate contacts of your entity to include in this meeting and provide availability options in the coming week, and we can schedule a quick call.

Appreciate the partnership and look forward to speaking.

Thank you,

**340B J&J Health Care Systems Team**

**Johnson&Johnson**

**Confidentiality Notice:** This e-mail transmission may contain information that is confidential and is intended only for the individual or entity named in the e-mail address. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson Health Care Systems Inc. can arrange for proper delivery, and then please delete the message from your system. Thank you.