# Deloitte.

Deloitte & Touche LLP
350 South Grand Avenue
Suite 200
Los Angeles, CA 90071-3462
USA

Tel: (213) 553-1642
Fax: (213) 673-6082
www.deloitte.com

June 20, 2024

Jennifer A Kent, 340B Coordinator, and Primary Contact [1]
MaineGeneral Medical Center
35 Medical Center Parkway
Augusta, ME 04330
340B ID: DSH200039
LETTER SENT VIA EMAIL: jennifer.kent@mainegeneral.org

*Re: 340B Performance Audit of MaineGeneral Medical Center on behalf of Johnson & Johnson*

Dear Jennifer:

On June 19, 2024, the Health Resources and Services Administration ("HRSA") Office of Pharmacy Affairs ("OPA") approved Johnson & Johnson Health Care Systems Inc.'s ("J&J's") request to audit Maine General Medical Center ("MGMC"), based on the reasonable cause letter and audit work plan submitted to HRSA. J&J has engaged Deloitte and Touche LLP ("Deloitte & Touche") as an independent audit organization to conduct the audit ("340B Performance Audit").

Objective & Scope

The objective of the audit is to determine the MGMC's compliance with Section 340B(a)(5)(A) and (B) of the Public Health Service Act ("PHSA"), from March 01, 2023 – March 31, 2024 for the following J&J Products:
- STELARA 45 MG/0.5 ML ULTRASAFE PFS (57894-0060-03)
- STELARA 45 MG/VIAL 24 CT (57894-0060-02)
- STELARA 90 MG/1.0 ML ULTRASAFE PFS (57894-0061-03)
- STELARA IV 1X130MG VIAL USA (57894-0054-27)
- TREMFYA 1X100MG ONE PR. USA (57894-0640-11)
- TREMFYA 1X100MG USAFEPL USA (57894-0640-01)

The objectives of the approved 340B Performance Audit Work Plan are to:
- Gain an understanding of the MGMC's policies, procedures, operations and internal controls to mitigate the risk of product diversion.
- Obtain and assess various procurement, inventory, distribution, dispensing, replenishment, and billing records to determine whether the MGMC was and remains in compliance with section 340B(a)(5)(B) of the Public Health Service Act related to product diversion for the in-scope audit period.
- Gain an understanding of the MGMC's operations and procedures to mitigate the risk of manufacturer duplicate discounts and impact of entity's decision to carve out or carve in Medicaid prescriptions and the related impact on inventory monitoring.

---

[1] As noted on the Office of Pharmacy Affairs Information System ("OPAIS")

- Obtain and assess records for 340B and Medicaid activity, including purchasing, inventory, and dispense data to determine if the MGMC was in compliance with section 340B(a)(5)(A) of the Public Health Service Act related to non-provision of duplicate discounts for the in-scope audit period.
- Communicate results in a formal report.

Data and Documentation Request List ("DRL")

In order to facilitate the 340B Performance Audit we have prepared – and attached – an initial DRL, which lists the documentation necessary in order to execute our audit procedures. Please note that additional information may be requested based on our initial review of DRL items, following sample selection, and throughout the audit.

Any and all requested DRL items that are available and able to be provided before the start of our field work will expedite the 340B Performance Audit and may potentially decrease the number of days required from MGMC. Please provide the requested DRL items by July 5, 2024.

Fieldwork

Our fieldwork will be completed virtually and include interviews of MGMC's 340B stakeholders and walkthroughs of applicable 340B processes. We are targeting the fieldwork to begin the week of July 8, 2024 and are committed to limiting interruptions to MGMC's operations to the extent possible. Additionally, we have controls in place to ensure privacy requirements are upheld throughout the 340B Performance Audit.

Upon completing the 340B Performance Audit, Deloitte & Touche will prepare a draft audit report communicating the results to J&J. J&J will be responsible for submitting the draft audit report to MGMC, and MGMC will have an opportunity to provide a response to the report within 30 days of receipt. Upon receipt of the response from MGMC, Deloitte & Touche reserves the right to incorporate this response into the draft report, making any final updates, as needed. J&J will submit copies of the 340B Performance Audit report to HRSA and the Office of Inspector General.

Immediate Next Steps

We would like to schedule a call with you for the week of June 24, 2024 to identify the appropriate MGMC point of contact for the 340B Performance Audit, confirm your understanding of our DRL, answer any questions or concerns that you might have, and discuss timeline and logistics. Please contact me at mimada@deloitte.com at your earliest convenience to confirm receipt of audit notification and to schedule this call.

We look forward to working with you on the 340B Performance Audit and thank you in advance for your time and participation.

Sincerely,

*Marcy Imada*

Marcy Imada
Managing Director, Deloitte & Touche LLP