**Junger, James**
___

| | |
|---|---|
| **From:** | Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com> |
| **Sent:** | Monday, July 8, 2024 7:09 PM |
| **To:** | Junger, James |
| **Cc:** | Nova, Todd A.; Ramer, Paula |
| **Subject:** | J&J Audit: Confidentiality Request |

Mr. Junger:  I hope you are well.  I am outside counsel to J&J in connection with the HRSA-approved audits of your clients (Maine General Medical Center (MGMC), Oregon Health Science Center University Hospital (OHSCUH), and University of Rochester Medical Center (URMC)).  In the interest of cooperation, J&J is prepared to produce the six categories of information and documents you requested in your letters of June 28 on behalf of each of your respective clients.  However, J&J's agreement to produce these materials to you is subject to your clients' (MGMC, OHSCUH and URMC's) agreement to maintain the information in confidence and not to share the information provided with anyone outside of their respective organizations.  Additionally, we ask for your agreement (and that of your colleagues) not to share the information provided with any third parties (other than the specific client to which the information relates) and not to use it for any purpose other than advising the specific client on the audit to which the information relates.   If these terms are acceptable to you, please respond to this email confirming your and each of your clients' respective agreements to maintain confidentiality over the information responsive to the requests set forth in your letters.  Upon receiving that confirmation, we will send you our response to your letters along with the information you requested.  Thank you for your cooperation with this matter.

Best regards.


Jeff Handwerker


_____

[Jeffrey Handwerker](#)
Partner | [Bio](#)



601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6103
[Jeffrey.Handwerker@arnoldporter.com](mailto:Jeffrey.Handwerker@arnoldporter.com)
[www.arnoldporter.com](http://www.arnoldporter.com) | [LinkedIn](#)

___

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
___
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com