**From:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Sent:** Wednesday, June 26, 2024 10:18 AM
**To:** Kent, Jennifer <jennifer.kent@mainegeneral.org>; Brann, Terry <Terry.Brann@MaineGeneral.org>
**Cc:** Imada, Marcy A <mimada@deloitte.com>; Crain, Clarissa <ccrain@deloitte.com>; Haile, Abel <abhaile@deloitte.com>; HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Subject:** <EXTERNAL> RE: Response requested: 340B Audit of MaineGeneral Medical Center on behalf of Johnson & Johnson

**CAUTION EXTERNAL EMAIL:** THIS EMAIL DID NOT COME FROM MAINEGENERAL. DO NOT CLICK ON ANY LINKS OR OPEN ANY ATTACHMENTS UNLESS YOU KNOW THE CONTENT IS SAFE. REPORT ALL SUSPICIOUS EMAILS USING THE PHISH ALERT BUTTON.

Thank you for your message.

Johnson & Johnson (J&J) brought their concerns to HRSA's attention through their request to review the work plan to audit MaineGeneral Medical Center. After careful review, HRSA determined that J&J met the thresholds identified in HRSA's Manufacturer Audit Guidelines and Dispute Resolution Process, 61 Fed. Reg. 65,406 (Dec. 12,1996) and Clarification of Manufacturer Audits of 340B Covered Entities, 340B Drug Pricing Program Notice 2011-3 (Nov. 21, 2011) in order to pursue an audit, as defined in section 340B(a)(5)(A) of the Public Health Service Act.

HRSA encourages MaineGeneral Medical Center to cooperate with the auditors working on behalf of J&J, in order to demonstrate MaineGeneral Medical Center's compliance with the 340B Program.

Please let me know if you have any other questions.

Thank you,
Chantelle

---

**From:** Haile, Abel <abhaile@deloitte.com>
**Sent:** Tuesday, June 25, 2024 6:48 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** jennifer.kent@mainegeneral.org; Imada, Marcy A <mimada@deloitte.com>; Crain, Clarissa <ccrain@deloitte.com>
**Subject:** [EXTERNAL] Response requested: 340B Audit of MaineGeneral Medical Center on behalf of Johnson & Johnson

Dear Director Britton,

On behalf of Johnson & Johnson Health Systems Inc. and regarding HRSA's 6/19/24 approval of the audit of MaineGeneral Medical Center, we are requesting that HRSA provide written approval of the audit to MaineGeneral Medical Center (DSH200039). Can you please confirm approval with all on copy. This will enable us to proceed with the audit.

Thanks,

**Abel Haile**
Manager
Deloitte & Touche LLP