

**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

July 10, 2024

**BY EMAIL**
Todd Nova
Attorney
Hall, Render, Killian, Heath & Lyman P.C.
tnova@hallredner.com

Dear Todd Nova:

Johnson & Johnson (J&J) brought its concerns to HRSA's attention through its request to audit Maine General Medical Center, Oregon Health Science Center University Hospital, and Strong Memorial Hospital. After careful review, including review of the work plans, good faith timelines, and the "reasonable cause" bases applicable to each covered entity, HRSA determined that J&J satisfied the procedures to conduct an audit identified in HRSA's Manufacturer Audit Guidelines and Dispute Resolution Process, 61 Fed. Reg. 65,406 (Dec. 12,1996) and Clarification of Manufacturer Audits of 340B Covered Entities, 340B Drug Pricing Program Notice 2011-3 (Nov. 21, 2011).

HRSA declines to reconsider its prior determination that J&J may conduct these audits pursuant to section 340B(a)(5)(A) of the Public Health Service Act. HRSA encourages the covered entities you are representing to cooperate with the auditors working on behalf of J&J to ensure that the audits commence in a timely manner. If any of the covered entities determines that it needs additional time to review J&J's data request and gather the necessary documents, it should ask J&J for an extension.

With regard to the request for communications between J&J and HRSA, HRSA encourages the covered entities to work with J&J for access to J&J's audit work plans and any related correspondence that was a part of HRSA's review. Alternatively, covered entities may submit a Freedom of Information Act (FOIA) request to obtain records that may be available and not subject to a FOIA exemption. Access to the requested documents, is neither a requirement in the 340B statute nor the Manufacturer Audit Guidelines, therefore HRSA respectfully declines to supply these documents through its Office of Pharmacy Affairs.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs