# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAINEGENERAL MEDICAL CENTER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   24-2187 (RC) |
| | : | |
| v. | : | Re Document Nos.:   19, 21 |
| | : | |
| THOMAS J. ENGELS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS; AND GRANTING JOHNSON & JOHNSON'S MOTION FOR LEAVE TO FILE AMICUS BRIEF

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 19) is **GRANTED**; and Johnson & Johnson's motion for leave to file an amicus brief (ECF No. 21) is **GRANTED**.

**SO ORDERED**.

Dated: June 17, 2025                                     RUDOLPH CONTRERAS
                                                        United States District Judge